Franklin H. Wright
201 Maple St.
Chelsea, Massachusetts 02150
858.262.4382 (cl)
E-MAIL PREFERRED: frank.wright9@gmail.com

FILED
IN CLERKS OFFICE
2021 JUN 11 AM 11:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Franklin H. Wright,<br>    Plaintiff and Petitioner.<br><br>v.<br><br>The Omega,<br>    Defendant. | ) CASE NO. 21-cv-10970<br>)<br>) Art. III Judge Richard G. Stearns<br>)<br>) **DECLINATION TO PROCEED BEFORE**<br>) **MAGISTRATE PURSUANT TO 28 U.S.C. §**<br>) **636(c)(2)**<br>)<br>) |

Plaintiff-petitioner requests that the matter herein be heard by an Article III Judge and thus declines to proceed before a magistrate.

Respectfully,

__s/ _Franklin H. Wright_____
Franklin H. Wright

Date: 6/10/2021